**Opinion issued June 4, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-15-00003-CV

———————————

## IN RE ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Allstate Fire and Casualty Insurance Company asks us to direct the trial court to amend its October 23, 2014 order to abate discovery on Plaintiffs' severed extra-contractual and bad faith claims until there has been a full and final resolution of Plaintiffs' breach of contract claims.[1] Allstate has presented no record

---

[1] The underlying case is *Charlene T. Howard and William D. Howard v. Allstate Fire & Casualty Insurance Company and Lisa Graves*, cause number 14-DCV-215228, pending in the 434th District Court of Fort Bend County, Texas, the Honorable James H. Shoemake presiding.

reflecting that it has been served any discovery requests on extra-contractual or bad faith claims, other than a request for disclosure. Allstate has made no showing that it has been subjected to discovery requests that are overbroad, burdensome, irrelevant to the breach of contract claim, or otherwise prejudicial. Absent such a showing, we leave management of discovery to the trial court's discretion. *See In re Loya Ins. Co.*, 01-10-01054-CV, 2011 WL 3505434, at *3 (Tex. App.—Houston [1st Dist.] Aug. 11, 2011, orig. proceeding). Accordingly, we deny the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Massengale.